# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

LORI JENSON, Individually,
and as Administrator of the
Estate of Eugene Jenson,

       Plaintiff,        Case No. 03-C-1406

       v.

UNITED STATES OF AMERICA,

       Defendant.

## OPINION AND ORDER

The parties to this action having stipulated to the dismissal of all claims raised, the court ORDERS that this action is dismissed with prejudice, but without costs to either party. See Federal Rule of Civil Procedure 41(a).

IT IS FURTHER ORDERED that the Clerk of Court shall enter a final judgment as a separate document. See Federal Rule of Civil Procedure 58. This judgment shall provide that:

> Plaintiff Lori Jenson, Individually, and as Administrator of the Estate of Eugene Jenson brought this action against Defendant United States of America before the court, the Honorable Thomas J. Curran, District Judge, presiding, and the parties having voluntarily agreed to dismiss all claims raised,
>
> IT IS ORDERED AND ADJUDGED
>
> that this action is dismissed with prejudice and without costs to either party.

Done and Ordered in Chambers at the United States Courthouse, Milwaukee, Wisconsin, this 20th day of September, 2005.

s/ Thomas J. Curran
Thomas J. Curran
United States District Judge

2

Case 2:03-cv-01406-TJC   Filed 09/20/05   Page 2 of 2   Document 124